## (January 23, 1956)

■ CLAB REALTY CORPORATION, Respondent, v. POPULAR MERCHANDISE Co., INC., Appellant.— Motions for leave to appeal to the Appellate Division denied, without costs. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ JOHN FISCELLA, Appellant, v. NASSAU TERMINAL BOWLING ALLEYS, INC., et al., Respondents.— Motion to resettle order entered December 19, 1955, denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See ante, p. 684.]

■ RIESA B. GLASSMAN, Respondent, v. JACOB GLASSMAN, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Beldock, Acting P. J., Murphy, Ughetta and Hallinan, JJ.; Kleinfeld, J., not voting.

■ CITY OF NEW YORK, Appellant, v. ESTELLE STOLPENSKY, Respondent. — Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of this court entered December 29, 1955, properly made? Motion for a stay pending appeal to the Court of Appeals granted, without prejudice to an application to vacate such stay in the event such appeal be not prosecuted diligently. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See ante, p. 95.]

■ ARTHUR LISBIN et al., Doing Business as WASHINGTON EQUIPMENT CO., Respondents, v. ALBERT COHEN, Appellant, et al., Defendants.— Motion referred to the court that rendered the decision. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of this court entered December 29, 1955, properly made? The decision and order of this court were made as a matter of law and not in the exercise of discretion. Present — Wenzel, Acting P. J., Beldock, Murphy and Ughetta, JJ. [See ante, p. 697.]

■ L. K. LAND CORPORATION, Respondent, v. DORA GORDON et al., Defendants, and ROSLYN GREENFIELD et al., Appellants.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of this court entered December 29, 1955, properly made? Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See ante, p. 699.]

■ STEFANO LO PRESTI, Respondent, v. COLUMBIA STEVEDORING Co., INC., Appellant and Third-Party Plaintiff-Appellant, et al., Defendant. MARRA BROTHERS, INC., Third-Party Defendant-Respondent.— Motion referred to the court that rendered the decision. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Murphy and Ughetta, JJ. [See ante, p. 700.]

■ GERARDO MORALES, Respondent, v. LLOYD BRESALIER LINES, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Beldock, Acting P. J., Murphy, Ughetta and Hallinan, JJ.; Kleinfeld, J., not voting.

■ 130 MARTENSE CORP., Appellant, v. ALBERT COHEN, Respondent.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Beldock, Acting P. J., Murphy, Ughetta and Hallinan, JJ.; Kleinfeld, J., not voting.